**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 04-1152**

─────────

ALLEN JAMES ROACHE, JR.,

                                            Plaintiff - Appellant,

      versus

CURTIS BUCHOLZ, Policy Holder; LANDMARK
COMMUNICATIONS, INCORPORATED; SAND COLE;
ROBERT SPRINGTON; SANDRA JACKSON, Supervisor;
KELLY IRENE ZAK, Driver; PROGRESSIVE
INSURANCE; PROGRESSIVE INSURANCE COMPANY;
COREY MEDDERS, Claims Adjuster; SENTRY CLAIMS
SERVICE; KIMBERLY KERR, Claims Adjuster;
CONCENTRA; JEAN WHALEN, RN, Sentry Insurance
Case Manager; ATLANTIC ORTHOPAEDIC
SPECIALISTS; TIMOTHY BUDORICK, Medical Doctor;
ADVANCE PAIN MANAGEMENT & REHABILITATION,
P.C.; LISA BARR, Medical Doctor; THOMAS MORAN,
D.O.; ROBERT M. SPEAR; STEVEN GERSHON; SPORTS
THERAPY AND INDUSTRIAL MEDICINE; PETER OWENS,
LPTA; ALLIED CHIROPRACTIC CENTER; BRIAN
LANCASTER, Doctor; COLGAN, KIMBALL & CARNES,
Attorneys at Law; RICHARD L. COLGAN; KEITH
LOREN KIMBALL; THE VIRGINIAN PILOT; THE
VIRGINIAN PILOT PRODUCTION PLANT CIRCULATION,

                                        Defendants - Appellees.

─────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Jerome B. Friedman,
District Judge. (CA-03-81-4)

─────────

Submitted:  June 18, 2004           Decided:  July 15, 2004

─────────

Before TRAXLER and SHEDD, Circuit Judges, and Hamilton, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Allen James Roache, Jr., Appellant Pro Se. William McCardell Furr, WILLCOX & SAVAGE, Norfolk, Virginia; Allen W. Beasley, BREEDEN, SALB, BEASLEY & DUVALL, Norfolk, Virginia; Bryan Craig Dunkum, STARK, DUNKUM, FITZGERALD & LANE, Richmond, Virginia; Paul R. Schmidt, HUFF, POOLE & MAHONEY, P.C., Virginia Beach, Virginia; M. Pierce Rucker, II, SANDS, ANDERSON, MARKS & MILLER, Richmond, Virginia; Matthew LeRoy Curtis, GOODMAN, ALLEN & FILETTI, P.L.L.C., Norfolk, Virginia; Robert Moreland, THE HEILIG FIRM, Norfolk, Virginia; Brewster Stone Rawls, BREWSTER S. RAWLS & ASSOCIATES, P.C., Richmond, Virginia; John David McChesney, RAWLS & MCNELIS, P.C., Richmond, Virginia; William Gilbert Shields, Sr., THORSEN & SCHER, L.L.P., Richmond, Virginia; William Carl Bischoff, CROSHAW, SIEGEL, BEALE, HAUSER & LEWIS, Virginia Beach, Virginia; Kellam Thomas Parks, STALLINGS & RICHARDSON, Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Allen James Roache, Jr., appeals the district court's orders granting Defendants' motions to dismiss his complaint filed pursuant to 42 U.S.C. §§ 1981-1983 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Roache v. Bucholz, No. CA-03-81-4 (E.D. Va. filed Sept. 10, 2003; Nov. 5, 2003; Nov. 20, 2003; filed Jan. 16, 2004 & entered Jan. 20, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED